*United States of America v Muhammad Babar Chaudhry*
Case 4:25-cr-00380-JMD-JMB-1

REQUEST FOR BAIL HEARING

EXHIBIT B: LETTERS

**Qamar Zaman**
**2081 Bragg Street**
**Brooklyn, NY 11229**
**Qmrzaman2@aol.com**
**(917) 302-0013**

August 7th, 2025

To Whom It May Concern:
I am writing this letter on behalf of my brother-in-law, Muhammad Babar Chaudhry, to express my utmost respect for his character and to share my personal perspective as both a family member and a Law Enforcement Officer.

I have known Muhammad Babar Chaudhry for over 25 years, and in that time I have consistently observed him to be a man of integrity, compassion, and dedication. He is not only a devoted husband but also the proud father of four young children, for whom he works tirelessly to provide a safe, loving, and nurturing environment.

In my profession, I encounter people from all walks of life, and I can confidently say that Muhammad Babar Chaudhry stands out as an outstanding citizen. He leads by example, respects the law, and consistently demonstrates honesty, kindness, and responsibility. His involvement in the community and his willingness to help others without expecting anything in return are qualities that are rare and admirable.

As a Law Enforcement Officer, I hold people to a high standard when it comes to moral character and respect for others. I can state without hesitation that Muhammad Babar Chaudhry meets and exceeds those standards. His integrity is unwavering, his work ethic is exemplary, and his commitment to his family and community is inspiring.

It is without reservation that I vouch for his good character and stand by him as not only a family member, but also as someone who has dedicated a career to upholding the principles of justice and truth. I believe he will continue to be a positive influence in the lives of those around him.
If you require any further information, please feel free to contact me directly.

Sincerely,
Qamar Zaman
**Detective – New York City Police Department**

## Masjid Namrah Columbus Ohio

### Community Center

**4501 Refugee Road, Columbus OH**

To Whom It May Concern,

I have known Muhammad Babar Chaudhry's family for the past 15 years. They have been an integral part of our community. They are active members of the Masjid. The whole family attends service regularly and are devout members. As the President of Masjid Namarah, I feel confident in providing a testimony for Muhammad Babar Chaudhry's character, integrity and loyalty to his community and country. Their actions have consistently reflected a genuine sense of responsibility and respect for others.

Mr. Babar is a good person and has always stepped forward whenever the community needed him. For example, since 2015 until now, Mr. Babar has been donating $600 every month that clearly shows his continuing contributions towards community needs. His continuous support clearly demonstrates his generosity, commitment, and dedication to the well-being of our community.

It is my sincere hope that this letter reflects the values and character of Babar. Please feel free to reach out to me if any further details are needed.

Sincerely,

*Chaudhary Ansar 8/26/25*
Chaudhary Ansar
President of Masjid Namrah
Phone: +1 (614) 477-6795

CHAUDHARY M ANSA
President
NAMARAH INC MUSLIM COMMU
CENTER 4501 Refugee Rd Colu
OH-43232
Cell: (614)477-6795   Off: (614)452-9914
e-mail: ch_ansar62@yahoo.com

To Whom It May Concern,

I would like to take this opportunity to write about my friend, **Mr. Muhammad Babar Chaudhry**. He is a person of excellent character, always respectful, kind, and supportive to everyone around him.

In my personal experience, he has always treated me like a family member. I own a small trucking company, and whenever I face challenges in my business, he is always there to guide me and provide the right advice. Whenever I am stuck in any situation, he helps me find solutions and supports me without hesitation. His caring nature, honesty, and willingness to help make him not only a true friend but also a dependable individual I can always count on.

I feel proud to have such a friend in my life, and I deeply value his sincerity, guidance, and friendship.

Sincerely,

**Shabbir Gujar**



# NEW ALBANY MIDDLE SCHOOL

August 25, 2025

To Whom It May Concern,

This letter is provided at the request of Jannat Chaudhry's parent. I can confirm that Jannat is currently enrolled as a student at New Albany Middle School for the 2025–2026 school year.

I can also confirm that Jannat receives services through an Individualized Education Program (IEP) in accordance with state and federal guidelines.

As principal, I am not able to confirm or document the attendance of specific individuals at school events as we do not keep records of individual attendance at those events.  What I can affirm is that Jannat's parents are welcome to participate in school activities, meetings, and events as part of her educational experience.

If further information is required, please feel free to contact me at 614-413-8516.

Sincerely,

*Kevin R. Freeman*

Mr. Kevin L Freeman
Principal
New Albany Middle School



**THE OHIO STATE UNIVERSITY**
WEXNER MEDICAL CENTER

Obstetrics and Gynecology
Outpatient Care Gahanna
920 N Hamilton Rd
Ste 200
Gahanna OH 43230-1757
Phone: 614-293-3069
Fax: 614-366-0894

Asma Zaman
9230 Pamplin Way
New Albany OH 43054
Via Print Locally

Visit Date: 8/26/2025
MRN: 980447938
Patient Name: Asma Zaman
Date of Birth: 9/10/1981

To whom it may concern:

Asma is having surgery on September 10, 2025. Which is very important to her health. Please contact our office with any questions to this matter.

Sincerely,

Amber Bondurant, MD

11085

Page 1 of 1
Asma Zaman
980447938

# HOPEWELL/MADISON CHOICE FOOD PANTRY
## 11742 GOWER RD
## SOMERSET, OHIO 43783

This food pantry has received the following items from Midwest Grocers from March thru July 2025:

35 cases pack 4 gallons whole milk 1120 lbs

102 cases margarine 1836 lbs

226 cases miscellaneous dry food items. Mainly crackers and snack items

18 cases damaged laundry detergent


Michele Antonini, Volunteer

# Somerset Area Food Pantry

139 East Main Street, P.O. Box 237

Somerset, Ohio 43783

740-743-1029

This is to verify that the Somerset Area Food Pantry received 2 ½ pallets of outdated food items on August 13, 2025 from Midwest Grocers.

If you need any further information please feel free to contact Jenny Clark at 740-407-0086 or jlclark1956@gmail.com

Thank you,

Jenny Clark
Treasurer, Somerset Area Food Pantry