UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:25-cr-00380-JMD-JHB-1 |
| | ) |
| MUHAMMAD CHAUDHRY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Defendant, Muhammad Chaudhry, by and through counsel, moves this Court to extend the time to file pretrial motions by a period of sixty days. In support of this motion, Defendant states as follows:

1. Defendant was arraigned on September 17, 2025.

2. The deadline for filing pretrial motions was January 5, 2025.

3. Counsel has received the initial portion of discovery but has not yet completed a review of all the material.

4. Counsel has had several meetings with Defendant regarding the discovery and any potential motions along with their relative merit.

5. Counsel requests additional time to continue his review of the material and allow for additional meetings with Defendant.

6. Counsel has discussed this matter with Assistant United States Attorney, Derek Wiseman who has no objections to this request.

1

7. The instant motion is thus necessary to provide "defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, Defendant respectfully requests this Court extend the time to file pretrial motions by a period of sixty days.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON PC

By: /s/ *Marc Johnson*
MARC JOHNSON, 58065MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.