UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:25-cr-00380-JMD-JHB-1 |
| | ) |
| MUHAMMAD CHAUDHRY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON PC

By: /s/ *N. Scott Rosenblum*
N. SCOTT ROSENBLUM, 33390MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

1